UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLOTTE LOUISE TATE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL POMPEO, *Secretary of State, et al.*,<br><br>Defendants. | Civil Action No. 20–3249 (BAH)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of plaintiffs' Motion for Preliminary Injunction, ECF No. 8, the memoranda submitted in support of and opposition, and the exhibits thereto; and the entirety of the underlying record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Preliminary Injunction is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that defendants are preliminary ENJOINED from relying on the Presidential Proclamations to suspend plaintiffs' visa adjudications or applying the Proclamations in any way that prohibits embassy personnel or consular officers from processing, reviewing, or adjudicating plaintiffs' visa applications; and it is further

**ORDERED** that defendants shall submit to the Court monthly status reports, with detailed information from knowledgeable personnel, advising the Court of (1) whether plaintiffs' visa interviews have been scheduled and, if not, when defendants expect the interviews to be scheduled; (2) the status of plaintiffs' visa applications in the queue of pending applications; and

(3) if no progress has been made with respect to either of the above inquiries since the submission of the last status report, explaining the lack of progress.  Defendants shall submit their first status report by 2:00 PM on February 5, 2020, and successive status reports by 2:00 PM on the first Friday of every month until the earlier of the resolution of plaintiffs' applications or the resolution of this case.

    **SO ORDERED**

    Date: January 16, 2021

_____
BERYL A. HOWELL
Chief Judge